UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GENNUSO, PETER M. § Case No. 13-36714 DRC
GENNUSO, CAROL A. §
§
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        JEFFREY P. ALLSTEADT
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/13/2015 in Courtroom 240,
        Kane County Courthouse
        100 S. Third Street
        Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/22/2015          By: JEFFREY P. ALLSTEADT
                                          Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
GENNUSO, PETER M. § Case No. 13-36714 DRC
GENNUSO, CAROL A. §
§
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 13,000.00 |
| and approved disbursements of | $ | 420.66 |
| leaving a balance on hand of[1] | $ | 12,579.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 2,050.00 | $ 0.00 | $ 2,050.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,106.75 | $ 0.00 | $ 2,106.75 |
| Other: International Sureties Ltd. | $ 18.67 | $ 18.67 | $ 0.00 |
| Other: Cohen & Krol | $ 16.20 | $ 0.00 | $ 16.20 |

Total to be paid for chapter 7 administrative expenses   $   4,172.95
Remaining Balance   $   8,406.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,782.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | JH Portfolio Debt Equities LLC c/o JD Receivables LLC PO Box 382656 Germantown, TN 38183 | $ 37,782.68 | $ 0.00 | $ 8,406.39 |
| | Total to be paid to timely general unsecured creditors | | | $ 8,406.39 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Peter M. Gennuso
Carol A. Gennuso
    Debtors

Case No. 13-36714-DRC
Chapter 7

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dpruitt              Page 1 of 2              Date Rcvd: Oct 23, 2015
                              Form ID: pdf006            Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2015.
db/jdb         +Peter M. Gennuso,    Carol A. Gennuso,    6340 Americana Drive,    Unit 1022,
                 Willowbrook, IL 60527-2249
aty            +Joseph E Cohen,    Gohen & Krol,    105 W Madison Street,    Suite 1100,    Chicago, IL 60602-4600
20997403        Cardmember Service,    PO Box 15153,    Wilmington, DE 19850-5153
20997405        Chase,    PO Box 9001022,    Louisville, KY 40290-1022
20997404        Chase,    PO Box 78420,    Phoenix, AZ 85062-8420
20997406        Chase Home Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
20997407        Citi Cards,    Processing Center,    Des Moines, IA 50363-0005
20997408        Citi Cards,    PO Box 6077,    Sioux Falls, SD 57117-6077
20997409        Credit Control, LLC,    For Citi Cards,    PO Box 488,    Hazelwood, MO 63042-0488
20997401       +Gennuso Carol A,    6340 Americana Drive,    Unit 1022,    Willowbrook, IL 60527-2249
20997400       +Gennuso Peter M,    6340 Americana Drive,    Unit 1022,    Willowbrook, IL 60527-2249
20997410        Goetz And Goetz, Attorneys At Law,    PO Box 6844,    Fort Myers, FL 33911-6844
20997411        Hamilton Mikes,    For The Verandas At Tiger Island,    9130 Galleria Ct Ste 330,
                 Naples, FL 34109-4418
21421335       +JH Portfolio Debt Equities LLC,    c/o JD Receivables LLC,    PO Box 382656,
                 Germantown, TN 38183-2656
20997414        Kia Motors Finance,    PO Box 650805,    Dallas, TX 75265-0805
20997415        Sears Credit Cards,    PO Box 183081,    Columbus, OH 43218-3081
21190301       +The Verandas At Tiger Island,    Condominium I Association Inc,    Jason Hamilton Mikes,
                 JD MBA c/o Hamilton Mikes PA,    711 5th Ave South Ste 212,    Naples Florida 34102-6628
20997416       #The Verandas At Tiger Island,    Condominium I Association, Inc.,    5495 Bryson Dr Ste 412,
                 Naples, FL 34109-0920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20997413        E-mail/Text: Bankruptcynotices2@kasslaw.com Oct 24 2015 01:14:49     Kass Shuler, P.A.,
                 PO Box 800,    Tampa, FL 33601-0800
20997412        E-mail/Text: Bankruptcynotices2@kasslaw.com Oct 24 2015 01:14:49     Kass Shuler, P.A.,
                 For JP Morgan Chase Bank,    PO Box 800,    Tampa, FL 33601-0800
20997402       +E-mail/Text: attorneyboersma@sbcglobal.net Oct 24 2015 01:16:13
                 Law Office of David J Boersma,    1776A S Naperville Road Suite 200,    Wheaton, IL 60189-5843
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2015                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2015 at the address(es) listed below:
              Dana N O'Brien    on behalf of Creditor    JPMorgan Chase Bank, National Association
               dobrien@atty-pierce.com, northerndistrict@atty-pierce.com
              David J Boersma    on behalf of Debtor Peter M. Gennuso attorneyboersma@sbcglobal.net
              David J Boersma    on behalf of Joint Debtor Carol A. Gennuso attorneyboersma@sbcglobal.net
              E. Philip Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
```

```
District/off: 0752-1          User: dpruitt            Page 2 of 2           Date Rcvd: Oct 23, 2015
                              Form ID: pdf006         Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Gina B Krol  on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
     gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
    Gina B Krol, ESQ  on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
     gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
    Jeffrey S Dunn  jefdun@gmail.com
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
                                    TOTAL: 9