# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GENNUSO, PETER M. | § | Case No. 13-36714 DRC |
| GENNUSO, CAROL A. | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 294,953.30<br>*(Without deducting any secured claims)* | Assets Exempt: 441,801.87 |
| Total Distributions to Claimants:  8,405.39 | Claims Discharged<br>Without Payment:  123,603.13 |
| Total Expenses of Administration:  4,594.61 | |

3) Total gross receipts of $ 13,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 13,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 433,071.86 | $ 1,949.89 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,593.61 | 4,594.61 | 4,594.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 132,008.52 | 37,782.68 | 37,782.68 | 8,405.39 |
| **TOTAL DISBURSEMENTS** | $ 565,080.38 | $ 44,326.18 | $ 42,377.29 | $ 13,000.00 |

    4)  This case was originally filed under chapter 7 on  09/17/2013 .  The case was pending for 29 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/20/2016                    By:/s/GINA B. KROL
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| VEHICLES | 1129-000 | 13,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 13,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Mortgage PO Box 24696 Columbus, OH 43224-0696 | | 137,250.47 | NA | NA | 0.00 |
| | Chase PO Box 78420 Phoenix, AZ 85062-8420 | | 285,884.02 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kass Shuler, P.A. For JP Morgan Chase Bank PO Box 800 Tampa, FL  33601-0800 | | 0.00 | NA | NA | 0.00 |
| | Kia Motors Finance PO Box 650805 Dallas, TX  75265-0805 | | 9,937.37 | NA | NA | 0.00 |
| 000001 | THE VERANDAS AT TIGER ISLAND | 4110-000 | NA | 1,949.89 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 433,071.86** | **$ 1,949.89** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 2,050.00 | 2,050.00 | 2,050.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 18.67 | 18.67 | 18.67 |
| ASSOCIATED BANK | 2600-000 | NA | 401.99 | 401.99 | 401.99 |
| COHEN & KROL | 3110-000 | NA | 1,404.50 | 1,405.50 | 1,405.50 |
| GINA B. KROL | 3110-000 | NA | 702.25 | 702.25 | 702.25 |
| COHEN & KROL | 3120-000 | NA | 16.20 | 16.20 | 16.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 4,593.61** | **$ 4,594.61** | **$ 4,594.61** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cardmember Service PO Box 15153 Wilmington, DE 19850-5153 | | 3,039.07 | NA | NA | 0.00 |
| | Chase PO Box 9001022 Louisville, KY 40290-1022 | | 79,099.01 | NA | NA | 0.00 |
| | Citi Cards PO Box 6077 Sioux Falls, SD 57117-6077 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Control, LLC For Citi Cards PO Box 488 Hazelwood, MO  63042-0488 | | 0.00 | NA | NA | 0.00 |
| | Goetz And Goetz, Attorneys At Law PO Box 6844 Fort Myers, FL  33911-6844 | | 0.00 | NA | NA | 0.00 |
| | Hamilton Mikes For The Verandas At Tiger Island 9130 Galleria Ct Ste 330 Naples, FL  34109-4418 | | 0.00 | NA | NA | 0.00 |
| | Kass Shuler, P.A. PO Box 800 Tampa, FL  33601-0800 | | 3,669.50 | NA | NA | 0.00 |
| | Sears Credit Cards PO Box 183081 Columbus, OH 43218-3081 | | 6,468.37 | NA | NA | 0.00 |
| | The Verandas At Tiger Island Condominium I Association, Inc. 5495 Bryson Dr Ste 412 Naples, FL  34109-0920 | | 1,949.89 | NA | NA | 0.00 |
| 000002 | JH PORTFOLIO DEBT EQUITIES LLC | 7100-900 | 37,782.68 | 37,782.68 | 37,782.68 | 8,405.39 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 132,008.52 | $ 37,782.68 | $ 37,782.68 | $ 8,405.39 |

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No.: | 13-36714 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | GENNUSO, PETER M. | | | Date Filed (f) or Converted (c): | 09/17/13 (f) |
| | GENNUSO, CAROL A. | | | 341(a) Meeting Date: | 10/15/13 |
| For Period Ending: | 01/20/16 | | | Claims Bar Date: | 02/14/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6340 AMERICANA DRIVE, UNIT 1022, WILLOWBROOK, IL 6 | 140,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 8015 TIGER COVE, UNIT 208, NAPLES, FL 34113 RESIDE | 160,000.00 | 0.00 | OA | 0.00 | FA |
| 3. TWO VACANT LOTS LOCATED IN EL PASO, TX. | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 4. CASH | 30.00 | 0.00 | OA | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS | 1,488.45 | 0.00 | OA | 0.00 | FA |
| 6. FINANCIAL ACCOUNTS | 364.45 | 0.00 | OA | 0.00 | FA |
| 7. FINANCIAL ACCOUNTS | 89.02 | 0.00 | OA | 0.00 | FA |
| 8. FINANCIAL ACCOUNTS | 24.38 | 0.00 | OA | 0.00 | FA |
| 9. HOUSEHOLD GOODS | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 10. BOOKS / COLLECTIBLES | 1,030.00 | 0.00 | OA | 0.00 | FA |
| 11. WEARING APPAREL | 300.00 | 0.00 | OA | 0.00 | FA |
| 12. FURS AND JEWELRY | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 13. FIREARMS AND HOBBY EQUIPMENT | 50.00 | 0.00 | OA | 0.00 | FA |
| 14. INSURANCE POLICIES | 0.00 | 0.00 | OA | 0.00 | FA |
| 15. INSURANCE POLICIES | 0.00 | 0.00 | OA | 0.00 | FA |
| 16. INSURANCE POLICIES | 5,295.95 | 0.00 | OA | 0.00 | FA |
| 17. INSURANCE POLICIES | 0.00 | 0.00 | OA | 0.00 | FA |
| 18. PENSION / PROFIT SHARING | 13,242.02 | 0.00 | OA | 0.00 | FA |
| 19. PENSION / PROFIT SHARING | 378,163.90 | 0.00 | OA | 0.00 | FA |
| 20. STOCK | 0.00 | 0.00 | OA | 0.00 | FA |
| 21. VEHICLES | 12,284.00 | 13,000.00 | OA | 13,000.00 | FA |
| 22. VEHICLES | 18,393.00 | 0.00 | OA | 0.00 | FA |
| 23. OFFICE EQUIPMENT | 500.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $736,755.17 | $13,000.00 | | $13,000.00 | $0.00 |

LFORM1

Ver: 19.05b

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Case 13-36714    Doc 51    Filed 02/16/16    Entered 02/16/16 14:27:27    Desc Main
Document    Page 8 of 11

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

Case No:      13-36714     DRC    Judge: Donald R. Cassling                    Trustee Name:                GINA B. KROL
Case Name:    GENNUSO, PETER M.                                                Date Filed (f) or Converted (c):   09/17/13 (f)
              GENNUSO, CAROL A.                                                341(a) Meeting Date:          10/15/13
                                                                               Claims Bar Date:             02/14/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR to UST for Review

September 29, 2015, 11:08 am

Trustee to file motion to determine value of timeshare lien. The prepare TFR

October 16, 2014, 01:21 pm


October 17, 2013, 01:06 pm

$13,000 equity in cars


Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 12/31/15


          /s/     GINA B. KROL
_____    Date: 01/20/16
          GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-36714 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | GENNUSO, PETER M. | | Bank Name: | ASSOCIATED BANK |
| | GENNUSO, CAROL A. | | Account Number / CD #: | *******0790 Checking Account |
| Taxpayer ID No: | *******3639 | | | |
| For Period Ending: | 01/20/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/25/13 | 21 | Peter Gennuso | | 1129-000 | 13,000.00 | | 13,000.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 12,990.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.31 | 12,970.69 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.28 | 12,951.41 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.39 | 12,934.02 |
| 04/01/14 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 11.40 | 12,922.62 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.23 | 12,903.39 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.57 | 12,884.82 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.16 | 12,865.66 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.51 | 12,847.15 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.10 | 12,828.05 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.07 | 12,808.98 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.43 | 12,790.55 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.02 | 12,771.53 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.38 | 12,753.15 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.96 | 12,734.19 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.93 | 12,715.26 |
| 02/10/15 | 030002 | Adams Levine Surety Bond Agency | | 2300-000 | | 7.27 | 12,707.99 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.07 | 12,690.92 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.87 | 12,672.05 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.23 | 12,653.82 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.81 | 12,635.01 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.18 | 12,616.83 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.76 | 12,598.07 |

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 13-36714 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | GENNUSO, PETER M. | | Bank Name: | ASSOCIATED BANK |
| | GENNUSO, CAROL A. | | Account Number / CD #: | *******0790 Checking Account |
| Taxpayer ID No: | *******3639 | | | |
| For Period Ending: | 01/20/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.73 | 12,579.34 |
| 11/13/15 | 030003 | Gina B. Krol | Final Distribution | 2100-000 | | 2,050.00 | 10,529.34 |
| | | 105 W. Madison St., Ste. 1100 | Trustee Fees | | | | |
| | | Chicago, IL 60602 | | | | | |
| 11/13/15 | 030004 | Cohen & Krol | Final Distribution | 3110-000 | | 1,405.50 | 9,123.84 |
| | | 105 W. Madison St., Ste. 1100 | Attorney's Fees | | | | |
| | | Chicago, IL 60602 | | | | | |
| 11/13/15 | 030005 | Cohen & Krol | Final Distribution | 3120-000 | | 16.20 | 9,107.64 |
| | | 105 W. Madison St., Ste. 1100 | Attorney's Expenses | | | | |
| | | Chicago, IL 60602 | | | | | |
| 11/13/15 | 030006 | Gina B. Krol | Final Distribution | 3110-000 | | 702.25 | 8,405.39 |
| | | 105 W. Madison St., Ste. 1100 | Attorneys Fees | | | | |
| | | Chicago, IL 60602 | | | | | |
| 11/13/15 | 030007 | JH Portfolio Debt Equities LLC | Final Distribution | 7100-900 | | 8,405.39 | 0.00 |
| | | c/o JD Receivables LLC | (2-1) Change of Name/Address | | | | |
| | | PO Box 382656 | 9/5/14dp | | | | |
| | | Germantown, TN 38183 | | | | | |

| Account *******0790 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 13,000.00 | 7 | Checks | 12,598.01 |
| 0 | Interest Postings | 0.00 | 22 | Adjustments Out | 401.99 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 13,000.00 | | | |
| | | | | Total | $ 13,000.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 13,000.00 | | | |

LFORM2T4    UST Form 101-7-TDR (10/1/2010) *(Page: 10)*     Ver: 19.05b

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-36714 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | GENNUSO, PETER M. | Bank Name: | ASSOCIATED BANK |
| | GENNUSO, CAROL A. | Account Number / CD #: | *******0790  Checking Account |
| Taxpayer ID No: | *******3639 | | |
| For Period Ending: | 01/20/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: __/s/  GINA B. KROL_____ Date: 01/20/16
GINA B. KROL

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 19.05b